UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RAYMOND DUNCAN, : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> CHARLES SAMUELS, JR., : <br> : <br> Respondent. : | Civil No. 07-1494 (RMB) <br><br> **ORDER** |

THIS MATTER having come before the Court by way of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Raymond Duncan, together with an application to proceed <u>in forma pauperis</u>; and it appearing that the Petitioner qualifies to proceed <u>in forma pauperis</u>; and the Court having reviewed the petition and attachments submitted; and for the reasons set forth in the Opinion filed herewith,

IT IS on this **5th** day of **April**, 2007,

**ORDERED** that Petitioner's application to proceed <u>in forma pauperis</u> is hereby granted; and it is further

**ORDERED** that the Clerk shall file the Petition without prepayment of fees; and it is further

**ORDERED** that the petition seeking a declaration of derivative citizenship by way of this writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE, for lack of jurisdiction; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Petitioner by regular mail; and it is finally

**ORDERED** that the Clerk is directed to close the file accordingly.

                                              <u>s/Renée Marie Bumb</u>
                                              RENÉE MARIE BUMB
                                              United States District Judge