UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RAYMOND DUNCAN,  :<br>  :<br>    Petitioner, :<br>  :<br>  v. :<br>  :<br> CHARLES SAMUELS, JR., :<br>  :<br>    Respondent. :<br>  : | Civil No. 07-1494 (RMB)<br><br>**ORDER** |

THIS MATTER having come before the Court by way of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Raymond Duncan, together with an application to proceed in forma pauperis; and it appearing that the Petitioner qualifies to proceed in forma pauperis; and the Court having reviewed the petition and attachments submitted; and for the reasons set forth in the Opinion filed herewith,

IT IS on this **5th** day of **April**, 2007,

**ORDERED** that Petitioner's application to proceed in forma pauperis is hereby granted; and it is further

**ORDERED** that the Clerk shall file the Petition without prepayment of fees; and it is further

**ORDERED** that the petition seeking a declaration of derivative citizenship by way of this writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE, for lack of jurisdiction; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Petitioner by regular mail; and it is finally

**ORDERED** that the Clerk is directed to close the file accordingly.

                                     s/Renée Marie Bumb
                                     RENÉE MARIE BUMB
                                     United States District Judge